**Electronically Filed
Supreme Court
SCWC-22-0000255
13-OCT-2025
01:50 PM
Dkt. 10 OGAC**

SCWC-22-0000255

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

Henry K. Tolentino,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000255; CASE NO. 1CPC-19-0001524)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting CJ., Eddins and Ginoza, JJ.,
Circuit Judge Kimura, in place of Devens, J., recused,
and Circuit Judge Copeland, assigned by reason of vacancy)

The application for writ of certiorari filed on September 4, 2025, by Petitioner/Defendant-Appellant Henry K. Tolentino, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, October 13, 2025.


/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Jordan J. Kimura

/s/ Rebecca A. Copeland

